## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| CHASTIDI CORREA, | ) | |
| an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CASE NO.: 0:20-cv-62616-DPG** |
| | ) | |
| 2262 WILTON DRIVE OWNER LLC, | ) | |
| a Delaware Limited Liability Company, | ) | |
| | ) | |
| Defendant. | ) | |
| _____/ | | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action with prejudice.

Dated: March 11, 2021

Respectfully submitted,

*/s/Louis I. Mussman*
Louis I. Mussman, Esq.
louis@kumussman.com
Fla. Bar No. 597155
KU & MUSSMAN P.A.
18501 Pines Blvd.
Suite 209-A
Pembroke Pines, FL 33029
Tel:  (305) 891-1322
Fax:  (954) 686-3976
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of March, 2021, I filed the foregoing document with the Clerk of the Court and a true and correct copy will be furnished via U.S. Mail

1

to the following:

2262 WILTON DRIVE OWNER LLC
By Serving Registered Agent:
Stearns Weaver Miller Et. Al.
2262 Wilton Drive Owner LLC
2977 McFarlane Road, Suite 300
Miami, FL 33133

Peter E. LaPointe, Esq.
Grass River Property
2977 McFarlane Rd Ste 300
Miami, FL 33133-6033

*/s/Louis I. Mussman    .*
Louis I. Mussman